UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                Plaintiff, ) Case No. MJ09-173
     v. )
REBECCA LYNN TRAMMELL, ) DETENTION ORDER
                Defendant. )
_____ )

Offenses charged:

    Count 1: CONSPIRACY TO DISTRIBUTE MARIJUANA, in violation of 21 U.S.C. § 841(a)(1)

    Count 2: POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA, in violation of 21 U.S.C. § 841(a)(1)

    Count 3: MAINTAINING DRUG INVOLVED PREMISES, in violation of 21 U.S.C. § 856(a)(1)

    Count 4: AIDING AND BETTING, in violation of 18 U.S.C. § 2(a)

Date of Detention Hearing: April 16, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                                Rev. 1/91
PAGE 1

defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

    (2)    Defendant has no ties to this jurisdiction.

    (3)    Defendant was apprehended at the Canadian border, knowing that she was to self-surrender in the Central District of California.

    (4)    There are no conditions or combination of conditions other than detention that will reasonably ensure the appearance of the defendant.

    (5)    This Order is without prejudice to ask the Court to reconsider this decision when she makes an initial apperance at the Central District of California.

IT IS THEREFORE ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of April, 2009.

*/s/ James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2