UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>      Plaintiff,   )<br>      )<br>   v.   )<br>      )<br>REBECCA LYNN TRAMMELL,   )<br>      )<br>      Defendant.   )<br>_____ ) | Case No. MJ09-173<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    Count 1:    CONSPIRACY TO DISTRIBUTE MARIJUANA, in violation of 21 U.S.C. § 841(a)(1)

    Count 2:    POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA, in violation of 21 U.S.C. § 841(a)(1)

    Count 3:    MAINTAINING DRUG INVOLVED PREMISES, in violation of 21 U.S.C. § 856(a)(1)

    Count 4:    AIDING AND BETTING, in violation of 18 U.S.C. § 2(a)

<u>Date of Detention Hearing</u>:   April 16, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

01 defendant is a flight risk and a danger to the community based on the nature of the pending

02 charges.  Application of the presumption is appropriate in this case.

03     (2)    Defendant has no ties to this jurisdiction.

04     (3)    Defendant was apprehended at the Canadian border, knowing that she was to

05 self-surrender in the Central District of California.

06     (4)     There are no conditions or combination of conditions other than detention that

07 will reasonably ensure the appearance of the defendant.

08     (5)    This Order is without prejudice to ask the Court to reconsider this decision

09 when she makes an initial apperance at the Central District of California.

10     IT IS THEREFORE ORDERED:

11     (1)    Defendant shall be detained pending trial and committed to the custody of the

12 Attorney General for confinement in a correctional facility separate, to the extent practicable,

13 from persons awaiting or serving sentences or being held in custody pending appeal;

14     (2)    Defendant shall be afforded reasonable opportunity for private consultation

15 with counsel;

16     (3)    On order of a court of the United States or on request of an attorney for the

17 government, the person in charge of the corrections facility in which defendant is confined

18 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

19 connection with a court proceeding; and

20     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

21 counsel for the defendant, to the United States Marshal, and to the United States Pretrial

22 Services Officer.

23     DATED this 16th day of April, 2009.

24

25                                             */s/ James P. Donohue*

26                                             JAMES P. DONOHUE
                                            United States Magistrate Judge

DETENTION ORDER                                                        15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 2